### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**CLINARD BOGARD**                                                                               **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO.: 2:12-cv-201-SA-JMV**

**TOWN OF TUTWILER, ET AL.**                                          **DEFENDANTS**

### ORDER GRANTING MOTION TO STAY

The Court, having considered the motion to stay filed by the Defendants and finding good cause hereby orders that all proceedings in the above-captioned cause of action are temporarily STAYED for six months, at which time the stay will automatically be lifted and the status of the case will be reconsidered.

IT IS ORDERED that the defendant's motion to stay is GRANTED.

This the 26th day of July, 2013.

                                                  /s/Jane M. Virden
                                                  JANE M. VIRDEN
                                                  UNITED STATES MAGISTRATE JUDGE