### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**CLINARD BOGARD**                                                   **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 2:12-cv-201-SA-JMV**

**TOWN OF TUTWILER, ET AL.**                                      **DEFENDANTS**

### ORDER

The court hereby orders that all proceedings in the above-captioned cause of action are temporarily **STAYED** until the earlier of the disposition of the criminal action of the United States of America v. Jimmie Johnson, 3:13-cr-164-SA-SAA-1 or sixty (60) days from entry of this order. Upon the first occurrence of either, the parties shall contact the court within 5 days to request a status conference.

**SO ORDERED**, this the 5th day of February 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**