**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**CLINARD BOGARD**                                                                     **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 2:12-cv-201-SA-JMV**

**TOWN OF TUTWILER, ET AL.**                                     **DEFENDANTS**

**ORDER**

This matter is before the court consistent with an order [57] entered in this case on February 5, 2014, which stayed the case until the earlier of the disposition of the criminal action of the United States of America v. Jimmie Johnson, 3:13-cr-164-SA-SAA-1 or sixty (60) days from entry of the order. The criminal matter has now been concluded. Accordingly, this action may proceed. Further, certain case management order deadlines shall be amended.

**IT IS, THEREFORE, ORDERED** that the stay of the proceeding is lifted. The discovery deadline is now June 3, 2014; dispositive and Daubert motions are due June 20, 2014.

**SO ORDERED**, this the 3rd day of April 2014.

                                                        /s/ Jane M. Virden
                                                        **UNITED STATES MAGISTRATE JUDGE**