# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**CLINARD BOGARD**                                                                           **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO.: 2:12-cv-201-SA-JMV**

**TOWN OF TUTWILER, ET AL.**                                    **DEFENDANTS**

## ORDER

This matter is before the court to consider continuing the final pretrial conference in the above-styled matter. Defendants filed a motion to continue the trial and final pretrial conference [108], and the district judge denied the continuance of trial [110]. Because the trial will not be continued, the undersigned magistrate judge finds no reason to continue the final pretrial conference, and it will be held as scheduled.

**SO ORDERED**, this the 26th day of November, 2014.

                                                         /s/ Jane M. Virden
                                                         **UNITED STATES MAGISTRATE JUDGE**